**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000011
17-OCT-2024
08:13 AM
Dkt. 47 OAWST**

NO. CAAP-24-0000011

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS M. BELL and ELIZABETH BELL, Plaintiffs-Appellants, v.
STEPHEN D. GOODENOW; THE HAWAII INVESTIGATIVE GROUP, LLC;
GREGORY J. OLDENBURG; YVETTE KITAGAWA, Defendants-Appellees, and
DOES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-22-0000178)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal
(Stipulation), filed September 25, 2024, by Plaintiffs-Appellants
Thomas M. Bell and Elizabeth Bell, the papers in support, and the
record, it appears that (1) the appeal has been docketed and the
filing fees have been paid; (2) under Hawaiʻi Rules of Appellate
Procedure Rule 42(b), the parties stipulate to dismiss the appeal
and bear their own attorneys' fees and costs on appeal; and (3)
the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is
approved and the appeal is dismissed.  The parties shall bear
their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, October 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge